# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Connecticut Fair Hous. Ctr. v. CoreLogic Rental Prop. Sols., LLC  
Docket No.: 23-1118(L), 23-1166(XAP)

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Yael Bortnick

Firm: U.S. Department of Justice Civil Rights Division

Address: Ben Franklin Station, P.O. Box 14403, Washington, D.C. 20044

Telephone: (202) 616-8217     Fax: (202) 514-8490

E-mail: yael.bortnick2@usdoj.gov

Appearance for: United States of America/Amicus Curiae
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Plaintiffs-Appellants-Cross-Appellees )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 03/10/2020     OR

☐ I applied for admission on _____ .

Signature of Counsel: s/ Yael Bortnick

Type or Print Name: Yael Bortnick