# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of November, two thousand twenty-three.

| | |
|---|---|
| Connecticut Fair Housing Center, Carmen Arroyo, | **ORDER** |
| Plaintiffs - Appellants-Cross Appellees, | Docket Nos. 23-1118(L), 23-1166(XAP) |
| v. | |
| Corelogic Rental Property Solutions, LLC, | |
| Defendant - Appellee-Cross Appellant. | |

     National Fair Housing Alliance, Fair Housing Justice Center, Long Island Housing Services, Inc., Housing Opportunities Made Equal, Inc., Westchester Residential Opportunities, Inc., and CNY Fair Housing, Inc. move for leave to file an amicus curiae brief in support of Appellants-Cross-Appellees. All parties consent to this motion.

     IT IS HEREBY ORDERED that the motion is GRANTED.

     For the Court:

     Catherine O'Hagan Wolfe,
     Clerk of Court