# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of April, two thousand twenty-five.

Before:      Steven J. Menashi,
                 *Circuit Judge.*

---

Connecticut Fair Housing Center,
Carmen Arroyo,

    Plaintiffs - Appellants-Cross Appellees,

v.

CoreLogic Rental Property Solutions, LLC,

    Defendant - Appellee-Cross Appellant.

---

**ORDER**

Docket Nos. 23-1118(L), 23-1166(XAP)

    Elizabeth Parr Hecker moves to withdraw as counsel of record for the United States.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                                                                                          For the Court:
                                                                                        Catherine O'Hagan Wolfe,
                                                                                        Clerk of Court

